**Dismissed and Memorandum Opinion filed August 28, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00105-CV

---

### STEPHEN MANLEY, Appellant

### V.

### FIRST CASTLE HOMES AND ELIZABETH ALEXANDER, Appellees

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-00391**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 6, 2015. The clerk's record was filed March 16, 2015. No reporter's record was filed. No brief was filed.

On July 2, 2015, this court issued an order stating that unless appellant submitted a brief on or before August 3, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally and Wise.